UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 1:14-cv-203 |
| GENERAL INVESTMENT, LLC, | ) ) ) | |
| Defendant. | ) | |

## OPINION AND ORDER

Plaintiff filed this breach of contract action in this Court based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (Docket # 1.) In response to the Court's prior Orders (Docket # 4, 6), Plaintiff has filed an amended complaint (Docket # 5) and now a supplement to the complaint (Docket # 10) to attempt to correct deficiencies and properly allege the jurisdiction of the parties. Plaintiff, however, *still* fails to adequately do so.

Plaintiff's supplement to the amended complaint is deficient because it fails to properly allege the jurisdiction of two members of Defendant General Investment, LLC–Tandem Transport Corporation and Consolidated Transport Systems, Inc. Plaintiff recites that "Tandem is a corporation authorized and doing business in the State of Indiana," and that "Consolidated is a corporation authorized and doing business in the State of Indiana." (Pl.'s Supplement to Its Am. Compl. ¶¶ 6, 7.)

But a corporation's citizenship is determined both by its state of incorporation and where it maintains its principal place of business. *N. Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990) (Corporations "are deemed to be citizens of the state in which they are incorporated and the state in which they have their principal place of business."); *see* 28 U.S.C. § 1332(c)(1).

As such, the supplement needs to be amended to allege with respect to each Tandem and Consolidated: (1) its state of incorporation, *and* (2) where it maintains its principal place of business.

Accordingly, Plaintiff is ORDERED to filed an amended supplement to the amended complaint on or before September 30, 2014, properly setting forth the citizenship of the parties.

SO ORDERED.

Enter for this 16th day of September, 2014.

s/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge
